PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Maria Correia                                                                                  Cr.: 02-00185-001

Name of Sentencing Judicial Officer: Honorable Raymond A. Jackson, U.S. District Judge - Eastern District of Virginia

Date of Original Sentence: 01/15/06

Original Offense: Bank Fraud

Original Sentence: 27 months imprisonment; 5 years supervised release; Restitution: $68,716.95

Type of Supervision: Supervised Release                                      Date Supervision Commenced: 04/20/05

Assistant U.S. Attorney: Robert Frazier                                          Defense Attorney: Larry Shelton, Esq.

### PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On September 7, 2006, United States Secret Service agents displayed proof that Corria has engaged in new criminal activity and advised she is being investigated for charges similar to the offense of conviction; Bank Fraud. An agent will testify to the criminal behavior. |
| 2 | The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'<br><br>In April 2006, the offender traveled to New York, New York without being granted permission by the Probation Office |

3 The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

Correia failed to report to the probation office on September 5, 2006. In addition, she failed to submit a monthly written report for August 2006 within the alloted time period.

I declare under penalty of perjury that the foregoing is true and correct.

By: Joseph Empirio
U.S. Probation Officer
Date: 09/07/06

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

Sept. 8, 2006
Date