PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Superseding Petition for Violation of Supervised Release

(submitted October 17, 2006)

Name of Offender: Maria Correia                                  Cr.: 06-00105-001

Name of Sentencing Judicial Officer: Honorable Raymond A. Jackson, U.S. District Judge - Eastern District of Virginia

Date of Original Sentence: 01/15/03

Original Offense: Bank Fraud

Original Sentence: 27 months imprisonment; 5 years supervised release; Restitution: $68,716.95

Type of Supervision: Supervised Release                Date Supervision Commenced: 04/20/05

Assistant U.S. Attorney: Robert Frazier                Defense Attorney: Paul M. DaSilva, Esq.

## PETITIONING THE COURT

[X]   To docket Superseding Probation Form 12C, replacing the Probation Form 12C filed on September 12, 2006.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
|  | On September 7, 2006, United States Secret Service agents displayed proof that Corria has engaged in new criminal activity and advised she is being investigated for charges similar to the offense of conviction; Bank Fraud. An agent will testify to the criminal behavior. |
| 2 | The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**' |
|  | In April 2006, the offender traveled to New York, New York without being granted permission by the Probation Office. |

PROB 12C - Page 2
Maria Correia

| | |
|---|---|
| 3 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | Correia failed to report to the probation office on September 5, 2006. In addition, she failed to submit a monthly written report for August 2006 within the alloted time period. |
| 4 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On April 6, 2006, The Bank of America bank, located on 144 Washington Avenue, Belleville, New Jersey, notified Belleville Police Department that Correia was in their establishment attempting to cash a "bad check." Officers responded to the scene and transported Correia to headquarters for further questioning and investigation. Correia has not been criminally charged for this conduct. |
| 5 | The offender has violated the supervision condition which states '   **You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**' |
| | On April 6, 2006, Correia failed to notify the Probation Office that she was questioned by law enforcement officers. |
| | Furthermore, from about April 2006 until her arrest in September 2006, in an effort to mitigate her criminal activity, the offender initiated on-going communication with Trooper C.S. of the New Jersey State Police. This contact was withheld from the Probation Office. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Joseph Empirio
U.S. Probation Officer
Date: 10/17/06

THE COURT ORDERS:

[X] Docket a Superseding Probation Form 12C, replacing Probation Form 12C filed on September 12, 2006.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

10/23/06
Date